**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>                     Plaintiff,<br><br>v.<br><br>MARRIOTT OWNERSHIP RESORTS INC.,<br><br>                     Defendant. | Case No: 3:24-cv-01676-BTM-MSB<br><br>**ORDER OF DISMISSAL** |
|---|---|

On joint stipulation and good cause shown,

IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice; each party to bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: January 13, 2025

_____
Honorable Barry Ted Moskowitz
United States District Judge